

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*Ronald v. Dellums Federal Building*
*1301 Clay Street, Suite 340S*                          *(510) 637-3680*
*Oakland, California 94612-5217*                       *FAX:(510) 637-3724*

February 20, 2008

The Honorable Wayne D. Brazil
United States Magistrate Judge
1301 Clay Street
Oakland, CA 94612

     Re: <u>United States v. Lawrence Murphy</u>, CR08-0081 DLJ

Dear Honorable Judge Brazil:

     Enclosed please find an information in the above matter.  We request that the defendant be placed on your calendar on February 21, 2008, at 10 a.m. for arraignment.  The defendant is out of custody and does not need the use of an interpreter.

                                       Very truly yours,

                                       JOSEPH P. RUSSONIELLO
                                       United States Attorney

                             By: _____/s/_____
                                   MAUREEN C. BESSETTE
                                   Assistant U.S. Attorney

Enclosure

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § § 1341 - Mail Fraud, Aiding and Abetting (One Count)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

E-filing

PENALTY:
20 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**
▶ LAWRENCE MURPHY

DISTRICT COURT NUMBER
CR08-0081  DLJ

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
ALCOHOL, TOBACCO AND FIREARM

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  MAUREEN BESSETTE, AUSA

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No
} If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____  Before Judge: _____

Comments:

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

E-filing

FILED
2008 FEB 15 PM 2:59
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0081 DLJ |
| Plaintiff, ) | VIOLATIONS: 18 U.S.C. §§ 1341 – Mail Fraud, Aiding and Abetting (One Count) |
| v. ) | |
| LAWRENCE MURPHY, ) | OAKLAND VENUE |
| Defendant. ) | |

INFORMATION

The United States Attorney charges:

Introduction

　　At all times material to this Indictment, and incorporated by reference in all counts:

　　1. From approximately July 2000 through January 2003, the defendant LAWRENCE MURPHY owned and operated Larry and Della's Waterfront Restaurant ("the restaurant"), located at 2402 Mariner Square Drive, Alameda, California.

　　2. Defendant had an insurance policy from Mid-Century Insurance Company, a subsidiary of Farmers Insurance ("Farmers Insurance"), which provided coverage for the restaurant in the event of a fire or fire related damage.

　　3. On January 8, 2003, an unexplained fire damaged the restaurant. Thereafter,

Information
CR                                         1

defendant submitted claims to Farmers Insurance for lost income, sales, and damage to the restaurant.

## SCHEME TO DEFRAUD

<u>COUNT ONE</u>: (18 U.S.C. §§ 1341, 2 - Mail Fraud and Aiding and Abetting)

4. Beginning in approximately January 2003 and continuing through approximately June 2003, in the Northern District of California, and elsewhere, defendant,

## LAWRENCE MURPHY,

did knowingly devise and intend to devise a material scheme and artifice to defraud Farmers Insurance and others and to obtain money by means of material false and fraudulent pretenses, representations, and promises, and by material omissions as follows:

5. It was part of the scheme and artifice to defraud that defendant made and caused to be made material false statements and representations to Farmers Insurance, and others, including:

    A. Defendant provided Farmers Insurance with an insurance claim that falsely claimed the restaurant had more sales than it actually did, in order to receive a higher insurance payment from Farmers Insurance.

    B. Defendant provided Farmers Insurance with false information to support the false insurance claim, including false tax documentation.

6. It was further part of the scheme that defendant caused Farmers Insurance to mail checks to defendant in response to defendant's false representations.

7. It was further part of the scheme that defendant and others endorsed the insurance checks received from Farmers Insurance based on the false claims and deposited the checks into his bank accounts.

## USE OF THE MAILS

8. On or about May 23, 2003, in the Northern District of California and elsewhere, for the purpose of executing the aforementioned scheme and artifice to defraud, and attempting to do so, the defendant,

Information
CR      2

LAWRENCE MURPHY, did knowingly cause to be placed in a post office and authorized depository for mail matter to be sent and delivered by the Postal Service, check #8221027073 from Farmers Insurance, 3707 West Garden Grove Boulevard, Suite 200, Orange, California, 92868, to 6100 Ridgemont Avenue, Oakland, California, 94619, all in violation of Title 18, United States Code, Sections 1341 and 2.

Dated: FEBRUARY 14, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

W. DOUGLAS SPRAGUE
Chief, Oakland

(Approved as to form: AUSA BESSETTE