\U.S. Department of Justice

*United States Attorney*
*Northern District of California*

*Ronald v. Dellums Federal Building*
*1301 Clay Street, Suite 340S*              *(510) 637-3680*
*Oakland, California 94612-5217*             *FAX:(510) 637-3724*

February 20, 2008

The Honorable D. Lowell Jensen
United States District Court Judge
1301 Clay Street
Oakland, CA 94612

     Re: United States v. Lawrence Murphy, CR08-0081 DLJ

Dear Honorable Judge Jensen:

     Enclosed please find an information and plea agreement in the above matter. We request that the defendant be placed on your calendar on February 22, 2008, at 10 a.m. for entry of the guilty plea and if the court is willing, for sentencing. The defendant is out of custody and does not need the use of an interpreter.

                  Very truly yours,

                  JOSEPH P. RUSSONIELLO
                  United States Attorney

           By: _____/s/_____
                  MAUREEN C. BESSETTE
                  Assistant U.S. Attorney

Enclosure