# United States District Court

__Northern__ DISTRICT OF __California__

UNITED STATES OF AMERICA

V.

LAWRENCE MURPHY

**WAIVER OF INDICTMENT**

CASE NUMBER: CR-08-00081 DLJ

FILED
FEB 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

I, __Lawrence Murphy__, the above named defendant, who is accused of

__Violation of Title 18, U.S.C. Sec. 1341 - Mail Fraud, Aiding and Abetting__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __Feb. 21, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Lawrence Murphy_
Defendant

_Roger W. Patton_
Counsel for Defendant

Before __Wayne D. Brazil__ 2/21/08
Judicial Officer