10 Am
E-FILING CASE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTE ORDER

FILED
FEB 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 2/22/08

Case No: CR-08-00081-DLJ                  Judge: D. Lowell Jensen

Reporter: RAYNEE MERCADO          Clerk: Frances Stone

Defendant(s):                                          Defense Counsel:

LAWRENCE MURPHY    Present? Y    In Custody? NO    ROGER PATTON

US Attorney: MAUREEN BESSETTE

Interpreter:

US Probation Officer:

Reason for Hearing:
CHANGE OF PLEA

Ruling: — HELD
GUILTY PLEA TO COUNT ONE OF THE INFORMATION
PLEA IS WITH CONSENT OF COUNSEL. PLEA IS ACCEPTED AND ENTERED

Notes:

Case continued to: 6/6/08 AT 10:00 AM for SENTENCING

CC: PROBATION