E-Filing Case

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



**FILED**
FEB 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Number _____CR-08-00081-01-DLJ_____
Defendant's Name _____**LAWRENCE MURPHY**_____
Defendant's Counsel _____Roger Patton_____
Due Date _____6/6/08 AT 10AM_____

__1__ Courtroom                Floor __4th__

~~~~~~~~~~NOTICE TO DEFENSE COUNSEL~~~~~~~~~~

**The Court has directed that a:**

| | |
|---|---|
| __XX__ | Presentence Investigation |
| _____ | Bail Investigation |
| _____ | Bail Supervision |
| _____ | Postsentence Investigation |
| _____ | 4244 |

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office,**
before leaving the Courthouse today to make the necessary arrangements.

✓ cc to Counsel
✓ cc to Probation

RICHARD W. WIEKING, CLERK

by: _____Frances Stone_____
Frances Stone, Deputy Clerk

Dated: 2/22/08

**US PROBATION OFFICE**~~~~~~~~~~~~~~~~~~~~
Is defendant in custody?   Yes or No
Is defendant English speaking?   Yes or No [Interpreter:_____]
Defendant's address: _____
_____
_____