10 AM

E-FILING CASE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

Date: 6/6/08

10:18 – 10:28 AM

**FILED**
JUN 0 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case No: CR-08-00081-DLJ

Judge: D. Lowell Jensen

Reporter: DIANE SKILLMAN

Clerk: Frances Stone

Defendant(s):   Defense Counsel:

LAWRENCE MURPHY  Present? Y  In Custody? N   ROGER PATTON

US Attorney: MAUREEN BESSETTE

Interpreter:

US Probation Officer: JESSICA GOLDSBERRY

Reason for Hearing: SENTENCING

Ruling: – HELD

COUNT 1 – DEF PLACED ON PROBATION 3 YEARS. DEF PLACED ON HOME DETENTION 8 MONTHS WITH ELECTRONIC MONITORING (IF PROBATION DEEMS E.M. IS NECESSARY.) COURT ORDERS RESTITUTION IN THE AMOUNT OF $54,605.00. A $100 ASSESSMENT IS DUE IMMEDIATELY. DEF WAIVES RIGHT TO APPEAL.