06/09/2008 01:16 PM EST

Version 7.0.1

**Oakland**

## Case Debt Type Payment Report
### U.S. Courts

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Case No. DCAN408CR000081** | | | | | | | | | |
| 001 | LAWRENCE MURPHY | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 44611002270 | 1 | PR | 100.00 | 06/06/2008 |
| | | | | | | Division Payment Total | | | 100.00 | |
| | | | | | | Grand Total | | | 100.00 | |

FILED
JUN 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

$ 100.00  ck  6/4/08
SPECIAL ASSESSMENT
PAID IN FULL

Page 1 of 1